In re Thompson, Keith; — Plaintiff(s); applying for supervisory and/or remedial writs; to the Court of Appeal, Fourth Circuit, No. 93KW-2278; Parish of Orleans, Criminal District Court, Div. “E”, No. 304-916.
Writ granted; case remanded to the district court for compliance with art. 930.4(F). See State ex rel. Cornier v. State, 95-2208 (La. 10/4/96), 680 So.2d 1168; State ex rel. Welch v. State, 586 So.2d 520 (La.1991); State v. Turner, 544 So.2d 387 (La.1989); State ex rel. Scott v. Butler, 533 So.2d 384 (La.1988); State ex rel. Robinson v. State, 592 So.2d 418 (La.App. 4th Cir.1991).
MARCUS, J., not on panel.